PROB22
(12/2016)

|  |  |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>5:23CR00215-002 |
|  | DOCKET NUMBER (*Rec. Court*):<br>3:24-cr-37-MMD-CLB |

| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Oliver, Killas Turner** | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Laredo Division |
|---|---|---|
|  | NAME OF SENTENCING JUDGE:<br>Honorable Marina Garcia Marmolejo | |
|  | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>09/06/2024 | To:<br>09/05/2027 |

OFFENSE:

Conspiracy to transport an undocumented alien within the United States, in violation of 8 U.S.C. § 1324

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

The person under supervision has ties to the District of Nevada, Reno Division, where he intends to reside for the remainder of his supervision term.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada, Reno Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

September 19, 2024
*Date*

*[signature]*
Honorable Marina Garcia Marmolejo
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of Nevada, Reno Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order

October 18, 2024
*Effective Date*

*[signature]*
Miranda M. Du
*United States District Judge*