**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

KILLAS TURNER OLIVER,

      Defendant.

3:24-cr-00037-MMD-CLB

**ORDER**

Good cause appearing, the parties' Stipulation to Continue the Supervise Release Revocation Hearing (ECF No. 34) is granted insofar the currently scheduled Revocation of Supervised Release Hearing for April 22, 2026, at 10:00 a.m., is vacated and continued to **April 30, 2026, at 1:30 p.m.** before U.S. District Judge Du in Reno Courtroom 5.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this __16th__ of April, 2026.

3